IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON KOHAN,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-707-wmc

---

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jason Kohan awarding attorney fees and costs in the amount of $7,153.94 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____
Peter Oppeneer, Clerk of Court

5/31/13
Date