IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON KOHAN,

                Plaintiff,                      JUDGMENT IN A CIVIL CASE

      v.                                Case No. 12-cv-707-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jason Kohan attorney fees in the amount of $18,285.46 under 42 U.S.C. § 406(b)(1).

| | |
|---|---|
| s/ A. Wiseman, Deputy Clerk | October 30, 2014 |
| Peter Oppeneer, Clerk of Court | Date |